HOMER E. WILSON, Appellant, *v.* LEONARD J. AGER
et al., Respondents.

*Wilson* v. *Ager*, 166 App. Div. 969, affirmed.

(Argued October 31, 1917; decided November 20, 1917.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered February 4, 1915, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court on trial at Special Term. The plaintiff
is the owner of an electric light and power plant situate
in the village of Port Leyden and on the easterly side
of Rock island, which is an island in the Black river,
and is formed by a branch or arm flowing westerly
at a certain point and above said electric light plant and
flowing around the island and again uniting with the main
stream farther down and below plaintiff's light plant.
The said electric light plant is situate at the lower end
of the island, which is owned by plaintiff. The upper
end of the island is owned by the defendant Ager. The
plaintiff alleged in his complaint that the defendant Ager
threatened and was about to cut a channel or spillway
across his land to the main branch of the river and thus
draw off and divert the water away from the plaintiff's
power plant to the plaintiff's damage and injury. The
claim of the plaintiff was that if the defendant Ager
ever had any instrument permitting him to cut any
channel of the kind he claimed he was entitled to cut,
then that such right expired by a limitation in the
instrument which granted said license.

*P. H. Fitzgerald* and *F. J. De La Fleur* for appellant.
*Henry Purcell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN,
POUND and MCLAUGHLIN, JJ. Not sitting: ANDREWS, J.